[No. 12018-2-I. Division One. December 12, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN C. VERWOLF, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-8-00903-4, Warren Chan, J., entered July 13, 1982. *Affirmed* by unpublished opinion per Williams, J.,

concurred in by Andersen, C.J., and Scholfield, J.